IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01605-JLK-CBS
*Master File No. CV 05-06735 (CAS)(MANx)*
*(pending in Central Dist. of California)*

In re: AMERICAN EQUITY ANNUITY PRACTICES AND SALES LITIGATION

**ORDER**

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on the Unopposed Motion for Entry of Protective Order (*doc. no. 1*). Pursuant to D.C.COLOL.CIVR. 72.1B.7 this file was opened upon the filing of a discovery dispute in a case pending in another federal court. Pursuant to the Memorandum dated July 31, 2007 (*doc. no. 3*), the matter has been referred to the Magistrate Judge. The court has reviewed the motion, the entire case file, the applicable law and is sufficiently advised in the premises.

On July 30, 2007, counsel for non-party Brokers Choice of America, Inc. initiated three civil actions in the District of Colorado by filing three separate unopposed requests for the entry of a protective order. However, based upon a docketing error made by the Court, the above captioned matter is a duplicate of Civil Action No. 07-cv-01604-RPM-BNB. Therefore, IT IS ORDERED

1. Pursuant to D.C. COLO. LCivR 72.1 B. 7., based on this Order, this civil action is CLOSED.

2. The clerk's office shall transfer the $39.00 filing fee paid in this matter to Civil Action No. 07-cv-01619-WDM-BNB.

DATED at Denver, Colorado, this 1ST day of August, 2007.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge